IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TENIKA MCQUEEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:24-cv-205-ECM ) |
| FELICIA FRANKLIN FLOWERS, | ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On July 11, 2024, the Magistrate Judge entered a Recommendation that Plaintiff Tenika McQueen's motion for default judgment (doc. 20) be denied because the record did not reflect that the Defendant has been served. (Doc. 22).[1] No timely objections to the Recommendation have been filed. On July 22, 2024, however, the Plaintiff filed a motion requesting to "dismiss the default judgement [sic] at this time." (Doc. 23).

After carefully reviewing the record in this case, the Court concludes that the Magistrate Judge's Recommendation is due to be adopted, and the Plaintiff's motion for default judgment is due to be denied. To the extent the Plaintiff requests in her July 22, 2024 motion (doc. 23) that the default judgment be dismissed, that motion is due to be denied as moot, as no default judgment has been entered at this time.

Accordingly, upon an independent review of the record and upon consideration of the Recommendation, and for good cause, it is

---

[1] Previously, the Magistrate Judge entered a Recommendation that the Plaintiff's motion for default (doc. 15) be denied because the record did not reflect that the Defendant has been served. (Doc. 18). The Court adopted the Magistrate Judge's Recommendation. (Doc. 21).

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 22) is ADOPTED;

2. The Plaintiff's motion for default judgment (doc. 20) is DENIED;

3. The Plaintiff's motion requesting to dismiss the default judgment (doc. 23) is DENIED as moot;

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 15th day of October, 2024.

                              /s/ Emily C. Marks  
                              EMILY C. MARKS  
                              CHIEF UNITED STATES DISTRICT JUDGE