IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TENIKA MCQUEEN, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-205-ECM |
| | ) |
| KEYCITY PROPERTY MANAGEMENT, | ) |
| | ) |
|   Defendant. | ) |

**O R D E R**

On February 6, 2025, the Magistrate Judge entered a Recommendation (doc. 41) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 41) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 34) is GRANTED to the extent that the Plaintiff's amended complaint (doc. 32) is DISMISSED without prejudice for failure to comply with the Federal Rules of Civil Procedure;

3. The Plaintiff's second amended complaint, if she chooses to file one, shall be filed **on or April 18, 2025**. The second amended complaint shall comply with the Federal Rules of Civil Procedure and the Magistrate Judge's Recommendation, particularly Section VI (*see* doc. 41 at 8–9);

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 4th day of April, 2025.

                              /s/ Emily C. Marks
                          EMILY C. MARKS
                          CHIEF UNITED STATES DISTRICT JUDGE